IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE MITCHELL COMPANY, INC., MODEL HOMES, LLC, and HEXAGON INVESTMENTS, LLC, Plaintiffs, vs. JOSEPH J. CAMPUS, III, Defendant. v. JOHN B. SAINT, Additional Counterclaim Defendant. | CIVIL ACTION NO 08-0342-KD-C |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that TMC immediately advance to Campus, within ten (10) days, **$131,060.00** in legal fees and **$12,607.26** in expenses for services rendered through the end of May 2009 pertaining to the defense of Campus in the underlying action (CV-07-0177-KD-C) and the instant action (CV 08-0342-KD-C), with post-judgment interest accruing at the rate set by the federal statutory rate pursuant to 28 U.S.C. § 1961.  In the event TMC fails to timely make this advancement, the Court hereby **STAYS** the underlying action pending advancement. The procedure outlined by U.S. Magistrate Judge Cassady in paragraph 13 of his Conclusions of Law shall be followed with respect to all future monthly advancement requests made by Campus.

**DONE** and **ORDERED** this the **18**th day of **August 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**